IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:14-CR-0027 |
| | § | |
| JAVIER MONTANA-PANDO. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING DEFENDANT'S MOTION TO DISMISS

On June 2, 2014, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the motion to dismiss filed by defendant JAVIER MONTANA-PANDO be denied. Objections to the Report and Recommendation were due on June 16, 2014. To date, neither party has submitted objections.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion to dismiss filed by defendant is DENIED.

IT IS SO ORDERED.

ENTERED this ___3rd___ day of ___July___ 2014.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE